# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2469. M. CRAIG GREEN v. MULLER REAL ESTATE HOLDINGS LLC.**

On May 10, 2013, the trial court entered a final order and judgment in this dispossessory action. Ten days later, on May 20, 2013, defendant M. Craig Green filed a notice of appeal. An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7- 56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Green's notice of appeal was not timely filed, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/05/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen

_____ , *Clerk.*